IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| KATHRYN JONES, | * |
| Plaintiff, | * |
| v. | Case No.  3:23-cv-113-CDL |
| | * |
| STELLER INNOVATIONS, LLC, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Clarke County, Georgia.

This 2nd day of January, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk